UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

IVAN CORTES MOLINERO,
MIGUEL CHAVEZ DELGADO, and
ENEDINO GATAN VARGAS,

                    Defendants.

- - - - - - - - - - - - - - - - - - x

**ORIGINAL**

**INDICTMENT**

**17 CRIM 713**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 16 2017

### COUNT ONE

The Grand Jury charges:

1. In or about July 2017, in Colombia, Mexico, the high seas, and elsewhere, and in an offense begun and committed upon the high seas outside of the jurisdiction of any particular State or district of the United States, IVAN CORTES MOLINERO, MIGUEL CHAVEZ DELGADO, and ENEDINO GATAN VARGAS, the defendants, who were first brought to and entered the United States in the Southern District of New York, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the maritime drug enforcement laws of the United States.

2. It was a part and an object of the conspiracy that IVAN CORTES MOLINERO, MIGUEL CHAVEZ DELGADO, and ENEDINO GATAN VARGAS, the defendants, and others known and unknown,



would and did possess with intent to distribute a controlled substance on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1).

3. The controlled substance that IVAN CORTES MOLINERO, MIGUEL CHAVEZ DELGADO, and ENEDINO GATAN VARGAS, the defendants, conspired to possess with intent to distribute, on board a vessel subject to the jurisdiction of the United States, was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B).

(Title 46, United States Code, Sections 70503, 70506(b) & 70504(b)(1); Title 21, United States Code, Section 960(b)(1)(B); Title 18, United States Code, Sections 3238 & 2.)

## COUNT TWO

The Grand Jury further charges:

4. In or about July 2017, in Colombia, Mexico, the high seas, and elsewhere, and in an offense begun and committed upon the high seas outside of the jurisdiction of any particular State or district of the United States, IVAN CORTES MOLINERO, MIGUEL CHAVEZ DELGADO, and ENEDINO GATAN VARGAS, the defendants, who were first brought to and entered the United States in the Southern District of New York, possessed with intent to distribute, while aboard a vessel subject to the jurisdiction of

2

the United States, five kilograms and more of mixtures and substances containing a detectable amount of cocaine.

(Title 46, United States Code, Sections 70503(a)(1), 70504(b)(1), 70506(a); Title 21, United States Code, Section 960(b)(1)(B); and Title 18, United States Code, Sections 3238 & 2.)

FORFEITURE ALLEGATION

5. As a result of committing the controlled substance offenses charged in Counts One and Two of this Indictment, IVAN CORTES MOLINERO, MIGUEL CHAVEZ DELGADO, and ENEDINO GATAN VARGAS, the defendants, shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507(a), and Title 28, United States Code, Section 2461:

a. All controlled substances which have been manufactured, distributed, or acquired in connection with the offenses charged in Counts One and Two of this Indictment.

b. All raw materials, products, and equipment of any kind which are used, or intended for use, in manufacturing, compounding, processing, delivering, importing, or exporting any controlled substance or listed chemical in connection with the offenses charged in Counts One and Two of this Indictment.

c. All listed chemicals, all drug manufacturing equipment, all tableting machines, all encapsulating machines, and all gelatin capsules, which have

3

been imported, exported, manufactured, possessed, distributed, dispensed, acquired, or intended to be distributed, dispensed, acquired, imported, or exported, in connection with the offenses charged in Counts One and Two of this Indictment.

   d. All property which is used, or intended for use, as a container for property described in paragraphs 5(a), 5(b), and 5(c) of this Indictment.

   e. All conveyances, including aircraft, vehicles, or vessels, which are used, or are intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of property described in paragraphs 5(a), 5(b), and 5(c) of this Indictment.

   f. All books, records, and research, including formulas, microfilm, tapes, and data which are used, or intended for use, in connection with the offenses charged Counts One and Two of this Indictment.

   g. All moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in connection with the offenses charged in Counts One and Two of this Indictment, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate the offenses charged in Counts One and Two of this Indictment.

h. All real property, including any right, title, and interest (including any leasehold interest) in the whole of any lot or tract of land and any appurtenances or improvements, which is used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses charged in Counts One and Two of this Indictment.

i. Any drug paraphernalia.

j. Any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of property described in paragraph 5(a) and 5(b) of this Indictment, and any proceeds traceable to such property.

Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of IVAN CORTES MOLINERO, MIGUEL CHAVEZ DELGADO, and ENEDINO GATAN VARGAS, the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

  (Title 46, United States Code, Section 70507(a);
Title 21, United States Code, Sections 853; Title 28, United States Code, Section 2461)

_____
FOREPERSON

November 16, 2017

_____
JOON H. KIM
Acting United States Attorney

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

IVAN CORTES MOLINERO,
MIGUEL CHAVEZ DELGADO, and
ENEDINO GATAN VARGAS,

Defendants.

## INDICTMENT

17 Cr.

(46 U.S.C. §§ 70503, 70504, 70506;
21 U.S.C. § 960; and
18 U.S.C. §§ 2 & 3238).

JOON H. KIM
Acting United States Attorney.

**A TRUE BILL**

_____ Foreperson.

November 16, 2017

11/16/17   Filed Indictment   USMJ FOX   MR