LAW OFFICE
OF
# B. ALAN SEIDLER
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

March 6, 2019

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

By ECF

re: Miguel Chavez Delgado
    17 Cr. 713 (PKC)

Dear Judge Castel;

Attached are additional documents Chavez requests the Court consider as part of the sentencing decision.

Respectfully,

B. Alan Seidler

bas/ee




# REGIONAL FEDERATION OF COASTAL, AQUATIC, TOURISTIC AND SERVICE COOPERATIVE CORPORATIONS

## *GENERAL LAZARO CARDENAS S.C. DE R.L. DE C.V.*

~~Federal Tax Payer ID [RFC]:~~ ~~Public Registry of Commerce~~ ~~Department of Foreign Affairs~~
~~ERD100304678~~ ~~[RPC]: 15900-15~~ ~~[SRE]: 1600720~~

CALLE LERDO DE TEJADA #711. COL. CENTRO LÁZARO CÁRDENAS, MICHOACÁN.

LAZARO CARDENAS MICHA, NOVEMBER 23, 2018.

SUBJECT: REQUEST FOR PARDON

JUDGE: P. KEVIN CASTEL.

Dear Judge Castel: by way of this letter, we would like to request your support in the pardoning of Miguel Chávez Delgado who we, the undersigned, have known since he was a child, as well as his family here in Michoacán, near the Balsas River. He is a fisherman who is dedicated to his family, is a good father and a good friend.

Unfortunately, he and his family are going through a very difficult time since his wife suffers from cancer and his activity, fishing, is the only thing keeping him afloat and keeping him, his wife and his children moving forward, since being a fisherman doesn't come with the benefit of health care.

Those of us who have signed below know him as a hard-working person who is dedicated to his family.

Your Honor, we thank you in advance for taking our words into account regarding our friend who today needs to be heard. Thank you for your attention and we send you warm regards.

SINCERELY,

**REGIONAL FEDERATION OF COOPERATIVE CORPORATIONS**
753 121 33 23, 753 53 8 84

*[Signature]*
**CASTO GARCIA SERNA**
**PRESIDENT**

*[Signature]*
**IRAIS ROSALES PATIÑO**
**SECRETARY**

*[Signature]*
**GABRIEL ARREGUIN LUPERCIO**
**FINANCE CHAIRPERSON**

*[Signature]*
**ANDRES CORTES REYES.**
**PRESIDENT OF SCPP EL BALSAS S.C.L.**

*[Signature]*
**FRANCISCO NAMBO RODRIGUEZ**
**PRESIDENT OF P.P. GRAL LAZARO CARDENAS S.C. DE R.L.**



March 6, 2018

## CERTIFICATE OF ACCURACY

To whom it may concern:

The Letter signed by the REGIONAL FEDERATION OF COOPERATIVE CORPORATIONS was translated by a team of linguists qualified to read and translate this material.

The document is accurately translated from **Spanish** into **English** to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.


By Maximiliano Ramos
Project Manager


Project 171749



66 West Flagler St. Suite 1200.
Miami, FL 33130
www.trustedtranslations.com

Phone: (877) 255-0717
Fax: (888) 883-6408
sales@trustedtranslations.com



**FEDERACION REGIONAL DE SOCIEDADES COOPERATIVAS RIVEREÑAS ACUICOLAS TURISTICAS Y SERVICIOS**
**GENERAL LAZARO CARDENAS S.C. DE R. L. DE C. V.**

CALLE LERDO DE TEJADA #711, COL. CENTRO LÁZARO CÁRDENAS, MICHOACÁN.

CD. LAZARO CARDENAS MICH. A 23 DE NOVIEMBRE DEL 2018.

ASUNTO: SOLICITUD DE PERDON

C. JUEZ P, KEVIN CASTEL.

Presente.

Estimado Sr Juez por medio del presente, nos Permitimos Solicitarle el Apoyo para el Perdón del Compañero Miguel Chávez Delgado a quien nosotros los Firmantes conocemos desde su Infancia al Igual que a su Familia acá en Michoacán por el Rio Balsas el es un Pescador Dedicado a su Familia buen Padre y un Buen Amigo.

Desgraciadamente el a Pasando por una circunstancia muy difícil al Igual que su Familia ya que su Sra. Esposa Padece una Enfermedad tan Mala como lo es el Cáncer y el de su Actividad la Pesca es el único sustento de donde los Trata de Sacar Adelante tanto a su Esposa como a sus Hijos ya que el Pescador no cuenta con Servicios de Salud

Los Aquí firmantes lo conocemos como una Perdona Trabajadora y Dedicado a su Familia.

Sr Juez le Agradeceremos de Antemano tome en cuenta nuestras Palabras para nuestro amigo que Hoy Requiere ser Escuchado y le agradecemos su Atención y le enviamos un cordial Saludo.

A T E N T A M E N T E :

FEDERACIÓN REGIONAL DE SOCIEDADES COOPERATIVAS
753 121 33 23, 753 53 6 84

C. CASTO GARCIA SERNA
PRESIDENTE

C. IRAIS ROSALES PATIÑO
SECRETARIO

C. GABRIEL ARREGUIN LUPERCIO.
VOCAL DE FINANZAS

C. ANDRES CORTES REYES.
PRESIDENTE DE LA S.C.P.P EL BALSAS S.C.L.

C. FRANCISCO NAMBO RODRIGUEZ
PRESIDENTE DE LA P.P GRAL. LAZARO CARDENAS S.C DE R.L




# FEDERACION REGIONAL DE SOCIEDADES COOPERATIVAS RIVEREÑAS ACUICOLAS TURISTICAS Y SERVICIOS
# GENERAL LAZARO CARDENAS S. C. DE R. L. DE C. V.

RFC. FRD100304878    RPC.15980*15    SRE.1600720

CALLE LERDO DE TEJADA #711, COL. CENTRO LÁZARO CÁRDENAS, MICHOACÁN.

C. JESUS DIAZ VELAZQUEZ
PRESIDENTE DE LA S.C.P.P LA PANGA S.C.L.

C. IGNACIO GARCIA DE LA CRUZ
PRESIDENTE DE LA P.P CARIBEÑA S.C DE R.L.

C. VICTOR MANUEL GOMEZ SOLIS.
PRESIDENTE DE LA S.C.P.P CAMBIO DE ORG. S.C.L.

C. NOE BAEZ CARDONA.
PRESIDENTE DE LA P.P LOS NAVEGANTES S.C DE R.L.

C. IRAIS ROSALES PATIÑO.
PRESIDENTE DE P.P LA HUERTA S.C. DE R.L.

C. ANDRES RODRIGUEZ LOPEZ.
PRESIDENTE DE LA P.P 29 DE JULIO S.C DE R.L..

C. CECILIO NAVA CONTRERAS.
PRESIDENTE DE P.P LA BARRA DE SANTA ANA S.C. DE R.L.

C. JAVIER CARRANZA SANCHEZ.
PRESIDENTE DE LA P.P BOCA DEL RIO S.C DE R.L.

C. LUIS MANUEL REYES ARREGUIN.
DELEGADO NACIONAL ANTE LA CONFEDERACION

Socios de las Cooperativas

| NOMBRE | FIRMA |
|---|---|
| Uriel Martinez Aguilar | [firma] |
| Yuridiana Hernandez Ayala. | Y. H. A. |
| Froylan Juarez Hernandez. | F. J. H. |
| Rigoberto Cruz de Jesús | [firma] |
| Manuel Diaz Molina | [firma] |
| GAMALIEL Yeohuaneta Folla | [firma] |
| Ivan Vegar Hernandez | [firma] |
| Inocencio Gutierrez Perez | [firma] |
| Rene Lopez Diaz | RENE |




# FEDERACION REGIONAL DE SOCIEDADES COOPERATIVAS RIVEREÑAS ACUICOLAS TURISTICAS Y SERVICIOS
## GENERAL LAZARO CARDENAS S. C. DE R. L. DE C. V.

RFC. FRD100304878    RPC.15980*15    SRE.1600720
CALLE LERDO DE TEJADA #711, COL. CENTRO LÁZARO CÁRDENAS, MICHOACÁN.

| | |
|---|---|
| *[signature]* | |
| *[signature]* | |
| Raul | |
| Victor Alejandro | |
| *[signature]* | Jose Raymundo Garcia Garcia |
| *[signature]* | |
| *[signature]* | |
| Lucyoaus | |
| *[signature]* | |
| Jose Valdes orosco | |
| Benisio Melive A *[signature]* | |
| GENARO. FARIAS. TORRES | |
| *[signature]* | |
| Roberto *[signature]* | |
| *[signature]* | |
| *[signature]* | |
| *[signature]* | |
| *[signature]* | |
| Lino Gutierrez Rivera | Lino G. *[signature]* |
| Rosa Isela Ayala B. | *[signature]* |
| Elias Martinez Santana | *[signature]* |

 

# GENERAL LÁZARO CÁRDENAS S. C. DE R. L. DE C. V.

RFC. FRD100304878   RPC.15980*15   SRE.1600720
CALLE LERDO DE TEJADA #711, COL. CENTRO LÁZARO CÁRDENAS, MICHOACÁN.

| Nombre | Firma |
|---|---|
| Ricardo Medina Díaz | [firma] |
| Omar Díaz Jimenez | [firma] |
| Manuel Barroso Melkin | MAB |
| Francisco Patiño Olivares | [firma] |
| Olalde López Xtorlor | [firma] |
| Carlos Cortez Chavez | Carlos Cortes Chavez |
| Ronferi Díaz Velazques | [firma] |
| Francisco Lombera Perez | FLP |
| Baltazar Lombera Perez | + |
| Jose Manuel Galeana Covarrubias | [firma] |
| Victor Manuel Serrano Ramirez | [firma] |
| Aurelio Seara Adame | Aurelio S |
| Mario Medina Díaz | MMD |
| Jesus Covarrubias Robles | [firma] |
| Ivan Orozco Garcia | [firma] |
| Ernesto Rodriguez Rodriguez | ERNESTO Rodri... |
| Ruben Serna Cardenas | [firma] |
| Concepción Guerrero Pineda | [firma] |
| Manuel Reyes Orozco | [firma] |
| Isidro Mondragon Lopez | [firma] |
| Mariana Ramirez Bernabe | M.R.B. |

## REGINAL FERDAERATION OF COASTAL AQUACULTURAL COOPERTIVE SOCIETIES AND SERVICES

### GENERAL LAZARO CARDENAS S.C. OF R.L. OF C.V.

Lazaro Cardenas  
Michoacán

August 17, 2017

Subject: Letter of Recommendation for Miguel Chavez Delgado.

To whom it may concern:

Through the present, permit me to strongly recommend Miguel Chavez Delgado resident of the Municipal of Lazaro Cardenas whom I known his parents and he for over 35 years to be an honest hardworking man who as been fishing from a very young age.

Mr. Chavez is currently a partner and manager of the Caribbean Fishing production and a member of the Regional Federation of Cooperative Societies.

The present is extended to the 17th day of the month of August at the request of the interested party for the legal purposes that best suits you in this city of Lazaro Cardenas Michoacán, Mexico.

Sincerely,

Castro Garcia, Serna  
President of the Federation  
Tel: ~~01152 755 121 3523~~

## MEDIAN LEVEL RIVERSIDE FISHING PRODUCTION AND CARIBBEAN SERVICES
## S.C. of R.L.
## R.F. C. PPR 041229 MG 8
## R.P.C. 5086*15

Lazaro Cardenas  
Michoacán

August 17, 2017

To Whom it may concern:

Through this letter please allow me to say that I strongly recommend Mr. Miguel Chavez Delgado who is a neighbor of the municipal of Lazaro Cardenas Michoacán whom I known for more than 30 years to be an honest and hardworking responsible person, who has worked as a fisherman.

He is a member of this fishery production and to date holds the position of Secretary of Administration of the Fishermen's Society. He is also a member of the Reginal Federation of Cooperative Societies of Lazaro Cardenas, of which we are all members.

The present is extended to the 17th day of the month of August at the request of the interested party for legal purposes that best suit you, in the city of Lazaro Cardenas, Michoacán.

Sincerely,

Ignacio García De La Cruz  
President of Adminstration  
01152 753 153 8416

# REGINAL FERDAERATION OF COASTAL AQUACULTURAL COOPERTIVE SOCIETIES AND SERVICES

## GENERAL LAZARO CARDENAS S.C. OF R.L. OF C.V.

January 30, 2018
Lazaro Cardenas, Michoacán

Subject: Request for Forgiveness

Dear Honorable Jude Kevin Castel:

I present through this present, we ask for forgiveness of our dear friend, Miguel Chavez Delgado whom we have known since childhood as well as his family here in Michoacán Rio Balsas. Mr. Chavez is a fisherman who is dedicated to his family, he is great father and friend.

Unfortunately, he and his family are going through a very difficult time since his wife was diagnose with a very bad disease as cancer and his work as a fisherman is the only income they have because they have no health insurance. Mr. Chavez has tried is best to move forward with this wife and children.

Your Honor, we thank you in advance. We hope that you consider this letter with respect to our friend.

Sincerely,

Reginal Federation of Cooperatives Societies
~~Tel. 753 121 3323~~

Castro Garcia Serna
President

Irais Rosales Patino
Secretary

Luis Manuel Reyes Arreguin
National Delegate Before the Confederation

Maria Rosario Ramirez Romero
Lazaro Cardenas, Michoacán

Honorable Judge Kevin Castel

Subject: Forgiveness for my husband Miguel Chavez Delgado.

Dear Honorable Judge Kevin Castel:

Through the means of this letter, we ask for the forgiveness for my husband whom I have 5 children 2 of them are small of a marriage of more than 30 years. My husband is a hard worker and a good father who is dedicated to his work and family. He has no bad habits such as alcohol and smoking and he is in good health.

In fact, he is very hard working and lately he had to work forced hours in order to pay for medical consultations, medication among other things due to my illness with cancer. My husband's work is the only support that we have.

Your Honor, you can corroborate with his well-known friends and neighbors of his faultless conduct as a friend.

I am in constant need of medical care that requires his presences to help with the 2 youngest children.

Your Honor, I hope that you can take my words as his wife and as a desperate mother who does not know what to do in this situation that we are facing today.

I, plea on behalf of myself and my children mercy and forgiveness for my husband Mr. Miguel Chavez Delgado.

Your Honor I hope you consider my words that need to be heard.
Thank you.

Sincerely,

Maria del Rosario Ramirez Romero
Wife

# CERTIFICATE OF COMPLETION

*This certificate is awarded to*

## MIGUEL CHAVEZ DEL

*for completing the Adult Continuing Education program*

*Desarollo de la Creatividad*

February 20, 2019

L. R. Johnson
Education Specialist
MCC New York Education Department

# CERTIFICATE OF COMPLETION

*This certificate is awarded to*

# MIGUEL CHAVEZ DELGADO

*for instructing the Adult Continuing Education program*

*Conflict Resolution*

February 7, 2019

L. R. Johnson
Education Specialist
MCC New York Education Department

ADULT CONTINUING EDUCATION

Lazaro Cardenas Michoacan, Mexico

February 12, 2018

Dear Honorable Judge Kevin P. Castel:

Through the means of this letter I send you greetings. My name is Pastor Martha Elena Zavala Zavala and I am the Pastor of the Christian Church "La Vina" Ministry Vino y Aciete ("Wine and Oil").

I am asking for mercy and compassion for our friend Miguel Chavez Delgado whom we've known for many years to be part of our congregation with his family. We can honestly say that he and his family are good people. Miguel Chavez Delgado is a hardworking fisherman who has worked for many years to get his family ahead.

Unfortunately, his wife has been battling this terrible battle with cancer.

I appreciate the time that you took to read this letter and hope that my letter can be taken in to consideration.

Sincerely,

Martha Elena Zavala Zavala
PASTOR

Cd. Lázaro Cárdenas Michoacán.

12/Febrero/2018

C. JUEZ P. KEVIN CASTEL

Presente.

Estimado Sr. Juez por medio de la presente le envió un saludo de parte de La pastora. Martha Elena Zavala Z.
Pastora de la Iglesia Cristiana "La viña" Ministerio Vino y Aceite. A.R.

Suplicándole Clemencia y compasión para nuestro amigo MIGUEL CHAVEZ DELGADO ya que por varios años de conocerle a el y su familia como parte de nuestra congregación podemos asegurar que son personas buenas y honestas y el señor MIGUEL CHAVEZ DELGADO una persona muy trabajadora que lleva años dedicándose a la pesca para sacar adelante a su familia.

Por desgracia están pasando por una terrible situación por causa de que su esposa atraviesa una batalla con el CANCER.

Le agradezco el tiempo que se tomo para leer esta carta y esperamos tome en cuenta todo lo antes mencionado para con nuestro buen amigo.

Saludos Cordiales.



Martha Elena Zavala Zavala.





Lazaro Cardenas Michoacan, Mexico

February 12, 2018

Dear Honorable Judge Kevin P. Castel:

Through the means of this letter I send you greetings. My name is Pastor Martha Elena Zavala Zavala and I am the Pastor of the Christian Church "La Vina" Ministry Vino y Aciete ("Wine and Oil").

I am asking for mercy and compassion for our friend Miguel Chavez Delgado whom we've known for many years to be part of our congregation with his family. We can honestly say that he and his family are good people. Miguel Chavez Delgado is a hardworking fisherman who has worked for many years to get his family ahead.

Unfortunately, his wife has been battling this terrible battle with cancer.

I appreciate the time that you took to read this letter and hope that my letter can be taken in to consideration.

Sincerely,

Martha Elena Zavala Zavala
PASTOR

Cd. Lázaro Cárdenas Michoacán.

12/Febrero/2018

C. JUEZ P. KEVIN CASTEL
Presente.

Estimado Sr. Juez por medio de la presente le envió un saludo de parte de La pastora.
**Martha Elena Zavala Z.**
Pastora de la Iglesia Cristiana "La viña" Ministerio Vino y Aceite. A.R.

Suplicándole Clemencia y compasión para nuestro amigo **MIGUEL CHAVEZ DELGADO** ya que por varios años de conocerle a el y su familia como parte de nuestra congregación podemos asegurar que son personas buenas y honestas y el señor **MIGUEL CHAVEZ DELGADO** una persona muy trabajadora que lleva años dedicándose a la pesca para sacar adelante a su familia.

Por desgracia están pasando por una terrible situación por causa de que su esposa atraviesa una batalla con el **CANCER**.

Le agradezco el tiempo que se tomo para leer esta carta y esperamos tome en cuenta todo lo antes mencionado para con nuestro buen amigo.

Saludos Cordiales.



Martha Elena Zavala Zavala.



