LAW OFFICE
OF
# B. ALAN SEIDLER
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

March 12, 2019

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

By ECF

re: Miguel Chavez Delgado
   17 Cr. 713 (PKC)

Dear Judge Castel;

Attached are additional documents Chavez requests the Court consider sentencing purposes.

Respectfully,

B. Alan Seidler

bas/ee

# FRENTE EVANGELIO DE PASTORES DE MICHOACAN

WE ARE A CHURCH
WE ARE A NATION
FLAGS OF THE CROSS
OF JESUS CHRIST.

FEPAM                                            LAZARO CADENAS MICHOACAN

Febuarury 13, 2018

Dear Honorable Judge Kevin P. Castel:

By way of this letter please receive a cordial greeting on behalf of the Federation of Pastors from Michoacán represented by ALFREDO GUTIERREZ MIRANDA, HOMAR GAYTAN SOTO and RAMON DOMINGUEZ RAMIREZ.

It hurts us as human beings to know the situation that he is in due to his wife's illness with cancer that requires medical attention that caused him to made an incorrect decision in life.

We ask for mercy and companion for our dear friend Miguel Chavez Delgado whom we've known to be a part of our congregation with his family. We can honestly say he and his family are good honest people. Miguel Chavez Delgado is a hardworking fisherman who has worked hard to get his family ahead.

Unfortunately, his wife has been battling cancer.

We thank you in advance and hope that you take this letter into consideration.

Sincerely,

ALFREDO GUTIERREZ MIRANDA
PRESIDENT

HOMAR GAYTAN SOTO
SECRETARY

RAMOM DOMIGUEZ RAMIREZ
TEASURER

# FRENTE EVANGELICO DE PASTORES DE MICHOACAN



C.JUEZ P.KEVIN CASTEL

Presente:

CD. Lázaro Cárdenas Michoacán

13/febrero/2018

Estimado Sr. JUEZ por medio de la presente reciba usted un cordial saludo de esta FEDERACIÓN DE PASTORES DEL SUR DE MICHOACÁN, Representada por **ALFREDO GUTIERREZ MIRANDA, HOMAR GAYTAN SOTO Y RAMON DOMINGUEZ RAMIREZ.** Nos duele como seres humanos su situación ya que por el deseo de que su esposa tuviese atención médica para el cáncer que sufre, tomo una decisión incorrecta en la vida.

Le suplicamos clemencia y compasión para nuestro amigo **MIGUEL CHÁVEZ DELGADO** ya que por varios años de conocerle a él y su familia como parte de nuestra congregación podemos asegurar que son personas buenas y honestas y Que el señor **MIGUEL CHAVEZ DELGADO** es una persona muy trabajadora y responsable que lleva años dedicándose a la pesca para sacar adelante a su familia.

Por desgracia están pasando por una terrible situación por causa de que su esposa atraviesa una batalla contra el CANCER.

Le agradecemos el tiempo que se tome para leer esta carta y esperamos tome en cuenta lo antes mencionado para con nuestro buen amigo.

SALUDOS CORDIALES

ALFREDO GUTIERREZ MIRANDA
PRESIDENTE

HOMAR GAYTAN SOTO
SECRETARIO

RAMON DOMIGUEZ RAMIREZ
TESORERO

# FRENTE EVANGELIO DE PASTORES DE MICHOACAN

WE ARE A CHURCH
WE ARE A NATION
FLAGS OF THE CROSS
OF JESUS CHRIST.

FEPAM                                                    LAZARO CADENAS MICHOACAN

Febuarury 13, 2018

Dear Honorable Judge Kevin P. Castel:

By way of this letter please receive a cordial greeting on behalf of the Federation of Pastors from Michoacán represented by ALFREDO GUTIERREZ MIRANDA, HOMAR GAYTAN SOTO and RAMON DOMINGUEZ RAMIREZ.

It hurts us as human beings to know the situation that he is in due to his wife's illness with cancer that requires medical attention that caused him to made an incorrect decision in life.

We ask for mercy and companion for our dear friend Miguel Chavez Delgado whom we've known to be a part of our congregation with his family. We can honestly say he and his family are good honest people. Miguel Chavez Delgado is a hardworking fisherman who has worked hard to get his family ahead.

Unfortunately, his wife has been battling cancer.

We thank you in advance and hope that you take this letter into consideration.

Sincerely,

ALFREDO GUTIERREZ MIRANDA
PRESIDENT

HOMAR GAYTAN SOTO
SECRETARY

RAMOM DOMIGUEZ RAMIREZ
TEASURER

FRENTE EVANGELICO DE PASTORES DE MICHOACAN



C. JUEZ P. KEVIN CASTEL

Presente:

CD. Lázaro Cárdenas Michoacán

13/febrero/2018

Estimado Sr. JUEZ por medio de la presente reciba usted un cordial saludo de esta FEDERACIÓN DE PASTORES DEL SUR DE MICHOACÁN, Representada por **ALFREDO GUTIERREZ MIRANDA, HOMAR GAYTAN SOTO Y RAMON DOMINGUEZ RAMIREZ.**
Nos duele como seres humanos su situación ya que por el deseo de que su esposa tuviese atención médica para el cáncer que sufre, tomo una decisión incorrecta en la vida.

Le suplicamos clemencia y compasión para nuestro amigo **MIGUEL CHÁVEZ DELGADO** ya que por varios años de conocerle a él y su familia como parte de nuestra congregación podemos asegurar que son personas buenas y honestas y Que el señor **MIGUEL CHAVEZ DELGADO** es una persona muy trabajadora y responsable que lleva años dedicándose a la pesca para sacar adelante a su familia.

Por desgracia están pasando por una terrible situación por causa de que su esposa atraviesa una batalla contra el CANCER.

Le agradecemos el tiempo que se tome para leer esta carta y esperamos tome en cuenta lo antes mencionado para con nuestro buen amigo.

SALUDOS CORDIALES

ALFREDO GUTIERREZ MIRANDA
PRESIDENTE

HOMAR GAYTAN SOTO
SECRETARIO

RAMON DOMIGUEZ RAMIREZ
TESORERO